UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Aaron Adams

CASE NO: 18-53803-pjs
JUDGE: Shefferly
CHAPTER :13

Debtor(s).
_____/

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

_x___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

X Debtor: Provided in the OCP for 100% to unsecured creditors which satisfies means test objection regarding income

X Debtor: The plan surrenders a motorcycle not his car and therefore objection 3 is a misstatement

X Debtor is pledging to pay 100% to creditors and 100% of tax refunds. Bonus and or profit sharing is part of his overall income.

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
Attorney for debtor
29777 Telegraph Rd., Suite 2440
Southfield, MI 48034
248-559-0180
trustee@lefkowitzlawgroup.com

4/9/2019