UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Aaron Adams　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　　　　　　　　　　　　　CASE NO. 18-53803
　　　Debtor,　　　　　　　　　　　　　　　　JUDGE: Shefferly

_____

ORDER CONFIRMING PLAN AND LIFT OF THE AUTOMATIC STAY AS TO
WELLS FARGO BANK N.A.

　　The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.
　　Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.
　　IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,500.00 in fees and $-0- in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,250.00 shall be paid by the Trustee as an administrative expense of this case. As set forth below.
　　IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.
　　All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.
　　IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]
[x] The Automatic Stay and any applicable Co-Debtor Stay as to Wells Fargo Bank N.A. is hereby lifted as to the debtor for the property located at 266 Morgan Parkway, Zebulon, NC 27597
[x] Class 9 unsecured creditors shall receive no less than 100% of their duly filed claims.

| /s/ Krispen S. Carroll | /s/ Ryan J. Byrd | /s/ Morris B. Lefkowitz |
|---|---|---|
| Krispen S. Carroll (P49817) | Ryan J. Byrd (P75906) | Morris B. Lefkowitz (P31335) |
| Chapter 13 Trustee | Orlans, P.C. | Attorney for Debtor |
| 719 Griswold, Suite 1100 | Attorney for Wells Fargo Bank N.A. | 29777 Telegraph Rd, Suite 2440 |
| Detroit, MI 48226 | | Southfield, MI 48034 |
| (313) 962-5035 | | (248) 559-0180 |
| notice@det13ksc.com | | morrie@lefkowitzlawgroup.com |

**Signed on April 19, 2019**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly
United States Bankruptcy Judge**